IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| Vincent Wood Joint Stock Company, | ) |
| Plaintiff, | ) |
| v. | ) Court No. 25-00114 |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD, | ) |
| Defendant-Intervenors. | ) |

**STIPULATION OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action and those listed on the attached schedule.

Date: December 1, 2025

/s/ Gregory S. Menegaz
Gregory S. Menegaz
Alexandra H. Salzman
Vivien Jinghui Wang
**THE INTER-GLOBAL TRADE LAW GROUP, PLLC**
Suite 1101
1156 Fifteenth Street, N.W.
Washington, DC 20005
Tel: (202) 868-0300
gmenegaz@igtlaw.com
*Attorney for Plaintiff*

| | |
|---|---|
| Date: <u>December 1, 2025</u> | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br><u>/s/Tara K. Hogan</u><br>TARA K. HOGAN<br>Assistant Director<br><br><u>/s/Sosun Bae</u><br>SOSUN BAE<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Commercial Litigation Branch<br>Civil Division<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>(202) 305-7568<br>(202) 514-8624 (fax)<br>sosun.bae@usdoj.gov<br>*Attorneys for Defendant United States* |
| Date: <u>December 1, 2025</u> | <u>/s/ Timothy C. Brightbill</u><br>Timothy C. Brightbill<br>Stephanie Manaker Bell<br>John Allen Riggins<br>Wiley Rein, LLP<br>2050 M Street, NW.<br>Washington, DC 20036<br>(202) 719-4384<br>(202) 719-7049 (fax)<br>*Attorneys for Defendant-Intervenor* |

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name |
|---|---|
| 25-00114 | Vincent Wood Joint Stock Company |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

                                          Clerk, U. S. Court of International Trade

                                          By: _____
                                                             Deputy Clerk

(As added Dec. 18, 2001, eff. April, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)